No. 93–908. REICH v. COLLINS, REVENUE COMMISSIONER OF GEORGIA, ET AL. Sup. Ct. Ga. Certiorari granted limited to Question 1 presented by the petition.

No. 93–6892. TOME v. UNITED STATES. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 93–148. OLIVER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–471. SPAWN v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 93–538. CITY OF HUNTINGTON, WEST VIRGINIA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–599. KRC v. UNITED STATES INFORMATION AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 93–607. WILSON v. UNITED STATES; and
No. 93–6639. MEDINA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–622. BELLECOURT v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–659. MILLER v. LA ROSA ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–678. DICKERSON v. DEPARTMENT OF JUSTICE. C. A. 6th Cir. Certiorari denied.

No. 93–687. PUPPOLO FAMILY TRUST ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.